John M Vrieze, CSB #115397
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586

Attorney for Defendant
BIG OIL & TIRE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN HOPKINS,                                   CASE NO.:  C 05-02037 MEJ

     Plaintiff,                                  STIPULATED ORDER OF DISMISSAL

vs.

BIG OIL & TIRE COMPANY,

     Defendants.

_____

    IT IS HEREBY STIPULATED by and between counsel for all parties hereto,

subject to approval of the court, as follows:

    1.  All claims presented by the Complaint herein shall be dismissed with prejudice

as to all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

    2.  Each party shall bear their own costs and attorneys' fees.

DATED:   9/19/05                          SINGLETON LAW GROUP

                            By: _____
                                Attorney for Plaintiff

Digitally signed by Jason K. Singleton
DN: cn=Jason K. Singleton, o=LAW OFFICE OF JASON K. SINGLETON, c=US
Date: 2005.09.27 15:55:27 -07'00'

1

1    DATED: _____9/26/05_____         MITCHELL, BRISSO, DELANEY & VRIEZE

2                                        By: _/s/ JOHN M. VRIEZE_____

3                                            Attorneys for Defendant

4                                        *   *   *   *

5         IT IS SO ORDERED.

6    DATED: __9/28/05_____         _____

7                                        Judge, United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

STIPULATED ORDER OF DISMISSAL – C 05 02037 MEJ